JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 2, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CONNER, on behalf of himself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC., a Virginia corporation; WOLSELEY INVESTMENTS, INC., a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 2:18-cv-504 VAP (MRWx)<br><br>**[PROPOSED] ORDER OF SETTLEMENT AND RELEASE**<br><br>Hon. Virginia A. Phillips<br>U.S. District Court Judge<br>Courtroom 8A |

1

*Conner v. Ferguson Enterprises, Inc., et al.*   Order on Stipulation of Settlement and Release

1  Pursuant to the stipulation of the parties and good cause appearing therefore,
2  IT IS HEREBY ORDERED THAT:
3      A.    The Stipulation and its terms are fair, just, reasonable, adequate, and
4  equitable to Conner, Plaintiff's counsel, the State of California, and Defendant, and
5  is approved.
6      B.    The Stipulation is approved on the terms stated in those agreements.
7  IT IS SO ORDERED.

   October 2, 2018
Date

*signature: Virginia A. Phillips*
The Honorable Virginia A. Phillips,
Chief United States District Judge

2

*Conner v. Ferguson Enterprises, Inc., et al.*     Order on Stipulation of Settlement and Release